JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CALKINS, | Case No. EDCV 13-1761-DOC (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| J. SOTO, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: April 29, 2014

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1